No. 85–6356.  BUTLER *v.* JOHNSON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 85–6498.  CARDINAL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–6510.  JENKINS ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–6518.  GLOVER *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 85–6538.  HALL *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 85–6672.  COLEMAN *v.* ABACUS CORP. ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 85–6673.  FRONEBERGER *v.* NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 85–6681.  HURTADO *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–6682. , PARKHURST *v.* QUARLES, WARDEN, ET AL.  Ct. App. Mich.  Certiorari denied.

No. 85–6684.  RANDALL *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir. Certiorari denied.

No. 85–6689.  NABOZNY *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 85–6697.  LOFTON *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 85–6700.  ROSBERG *v.* COMMERCIAL STATE BANK OF WAUSA, NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 85–6703.  WALKER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–6706.  DAY *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT ET AL.  C. A. 5th Cir.  Certiorari before judgment denied.